United States District Court
Southern District of Texas
**ENTERED**
January 30, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Erik Garcia, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-23-4756 |
| | § | |
| Center at Richmond Square, L.P., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pursuant to the Notice of Voluntary Dismissal of Defendant with Prejudice filed on January 29, 2024 the above referenced case is hereby dismissed with prejudice as to Defendants Center at Richmond Square, L.P. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this **30** day of January, 2024.

DAVID HITTNER
United States District Judge